THE STATE OF IOWA, Appellee, v. MARTIN MYERS, Appellant.

Appeal: RECORD: EVIDENCE.

*Appeal from Polk District Court.*—HON. STEPHEN F. BALLIET, Judge.

TUESDAY, OCTOBER 27, 1891.

DEFENDANT was convicted of the offense of owning and keeping intoxicating liquors with intent to sell the same in violation of law. From a judgment requiring him to pay a fine and costs, and, in default of payment, committing him to the county jail, he appeals.—*Affirmed.*

ROBINSON, J.—This cause was submitted in this court on a transcript of the information, judgment of the district court, and notice of appeal, without argument for either party. We have examined the record, but find no cause for reversing the judgment of the district court. It is therefore AFFIRMED

